# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ-DELGADO,<br>Petitioner,<br><br>v.<br><br>WARDEN L.J. MULUSNIC,<br>Respondent. | CV 19-8060 DSF<br>CR 09-445 DSF<br><br>Order DENYING Petition |

Jesus Martinez-Delgado has filed what is styled as a petition under 28 U.S.C. § 2241. However, the petition challenges Martinez-Delgado's conviction and sentence, not anything related to the execution of his sentence. Therefore, the petition is properly considered as a motion under 28 U.S.C. § 2255.

Martinez-Delgado has already filed a § 2255 motion, which was denied on June 6, 2018. See CV 17-4568 DSF (C.D. Cal.) This petition is a second or successive petition without leave of the Court of Appeals and is DENIED on that basis. 28 U.S.C. § 2244(a); 28 U.S.C. § 2255(h).

IT IS SO ORDERED.

Date: September 27, 2019

Dale S. Fischer
United States District Judge